UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

ANTONIO JIMENEZ-JIMENEZ,             **INDICTMENT**

       Defendant.

_____/

The Grand Jury charges:

## COUNT 1
### (False Claim of Lawful Permanent Resident Status)

On or about September 29, 2020, in St. Joseph County, in the Southern Division of the Western District of Michigan,

ANTONIO JIMENEZ-JIMENEZ,

under penalty of perjury, knowingly subscribed as true a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, in that he then and there falsely attested in an Employment Eligibility Verification form (Form I-9) submitted to Riedstra Dairy, Ltd., that he was lawful permanent resident of the United States and provided an alien registration number not assigned to him.

18 U.S.C. § 1546(a)
8 U.S.C. § 1324a(b)(2)

## COUNT 2
### (Misuse of a Social Security Account Number)

On or about September 29, 2020, in St. Joseph County, in the Southern Division of the Western District of Michigan,

ANTONIO JIMENEZ-JIMENEZ,

with intent to deceive for the purpose of obtaining employment, falsely represented a social security account number that had not been assigned to him by the Commissioner of Social Security, in that he then and there submitted and used a social security account number not assigned to him on an Employment Eligibility Verification form (Form I-9), a federal Employee's Withholding Allowance Certificate (Form W-4), and an Employee's Michigan Withholding Exemption Certificate (Form MI-W4).

42 U.S.C. § 408(a)(7)(B)


A TRUE BILL

ALEXIS M. SANFORD
Acting United States Attorney

[ /s/ Redacted ]

GRAND JURY FOREPERSON

DONALD DANIELS
Assistant United States Attorney